J Christopher Jorgensen
Nevada Bar No. 5382
Brittni A. Tanenbaum
Nevada Bar No. 16013
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
cjorgensen@lewisroca.com
btanenbaum@lewisroca.com

*Attorneys for Defendant Synchrony Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARILEA ELLIS,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; COMENITY CAPITAL BANK N.A.; PETAL CARD, INC.; SYNCHRONY FINANCIAL; FIRST PREMIER BANK DBA PREMIER BANKCARD, LLC; TORONTO-DOMINION BANK, USA, N.A dba TD BANK GROUP; and CITIGROUP FINANCIAL PRODUCTS, INC., dba CITIBANKS CBNA,<br><br>  Defendants. | Case No. 2:23-cv-00354-CDS-VCF<br><br>**JOINT UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Synchrony Bank ("Synchrony") and Plaintiff Marilea Ellis ("Plaintiff"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, respectfully request that this Court extend the deadline in which Synchrony has to answer or otherwise respond to Plaintiff's Complaint, through and until April 21, 2023. In support of this Motion, the parties stipulate as follows:

 1. This is the first stipulation for extension of time for Synchrony to respond to Plaintiff's Complaint.

120657686.1

2.      On March 7, 2023, Plaintiff filed a Complaint with this Court [ECF No. 1].

3.      Synchrony's current deadline to respond to the Complaint is March 31, 2023.

4.      In order to evaluate this matter and explore the possibility of early resolution with Plaintiff, counsel for Synchrony desires a twenty-one (21) day extension until April 21, 2023, to file a response to the Complaint.

5.      Counsel for Synchrony conferred with Plaintiff's counsel regarding this requested extension, and Plaintiff's counsel has no objection.

6.      The foregoing Motion is filed in good faith and not for dilatory or other improper purpose.

7.      Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

8.      Granting this Motion is in the interests of justice and is otherwise the right and proper thing to do.

DATED this 27th day of March, 2023.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| /s/ *Brittni Tanenbaum* | /s/ *Gerardo Avalos* (*w/permission*) |
| J Christopher Jorgensen<br>Brittni A. Tanenbaum<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169 | Gerardo Avalos<br>8985 South Eastern Avenue, Suite 100<br>Las Vegas, NV 89123 |
| *Counsel for Defendant Synchrony Bank* | *Counsel for Plaintiff Marilea Ellis* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-28-2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court on March 27, 2023 which sent e-mail notification of such filing to all CM/ECF participants.

        *s/ Sharon L. Kuller*
        An Employee of Lewis Roca Rothgerber Christie LLP

120657686.1

- 3 -