GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*National Consumer Telecom & Utilities Exchange, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MARILEA ELLIS,<br><br>         Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; COMENITY CAPITAL BANK N.A.; PETAL CARD, INC.; SYNCHRONY FINANCIAL; FIRST PREMIER BANK DBA PREMIER BANKCARD, LLC; TORONTO-DOMINION BANK, USA, N.A. DBA TD BANK GROUP and CITIGROUP FINANCIAL PRODUCTS, INC., DBA CITIBANKS CBNA,<br><br>         Defendants. | **Case No. 2:23-cv-00354-CDS-VCF**<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**FIRST REQUEST** |

   Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from April 5, 2023 through and including **May 5, 2023**.  The request was made by NCTUE so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

1  approves.  This stipulation is filed in good faith and not intended to cause delay.

2      Respectfully submitted, this 28th day of March, 2023.

| | |
|---|---|
| CLARK HILL PLLC | **<u>No opposition</u>** |
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 South Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada  89135<br>Telephone:  (702) 862-8300<br>Facsimile:  (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | /s/Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>FREEDOM LAW GROUP<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: ghaines@freedomlegalteam.com<br>Email: gavalos@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 3-29-2023

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 28th day of March, 2023, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com

- 3 -