Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant
First Premier Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILEA ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; COMENITY CAPITAL BANK N.A.; PETAL CARD, INC.; SYNCHRONY FINANCIAL; FIRST PREMIER BANK dba PREMIER BANKCARD, LLC; TORONTO-DOMINION BANK, USA, N.A. dba TD BANK GROUP; and CITIGROUP FINANCIAL PRODUCTS, INC., dba CITIBANKS CBNA,<br><br>    Defendants. | CASE NO. 2:23-cv-00354-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FIRST PREMIER BANK TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The current deadline for Defendant First Premier Bank ("First Premier") to respond to Plaintiff Marilea Ellis's complaint is March 30, 2023.  Defendant has requested, and Plaintiff has agreed, that First Premier shall have up to and including April 13, 2023, to respond to Plaintiff's complaint, to provide time for First Premier to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against First Premier.

DMFIRM #407238600 v1

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

///

Dated:  March 29, 2023

| BALLARD SPAHR LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| By:  /s/ Madeleine Coles<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By:  /s/  Gerardo Avalos<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant First Premier Bank* | *Attorneys for Plaintiff Marilea Ellis* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  3-29-2023