1  JOSEPH P. GARIN (NV SBN 6653)
   jgarin@lipsonneilson.com
2  JANEEN V. ISAACSON (NV SBN 6429)
   jisaacson@lipsonneilson.com
3  LIPSON | NEILSON
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   Telephone: (702) 382-1500
5  Facsimile: (702) 382-1512

6  *Attorneys for Defendant*
7  *Comenity Capital Bank N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Marilea Ellis, | CASE NO.: 2:23-cv-00354-CDS-VCF |
|---|---|
| Plaintiff, | |
| vs. | **JOINT UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT COMENITY CAPITAL BANK N.A. TO RESPOND TO COMPLAINT** |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Comenity Capital Bank N.A.; Petal Card, Inc.; Synchrony Financial; First Premier Bank dba Premier Bankcard, LLC; TD Bank USA; and Citigroup Financial Products, Inc., dba Citibanks CBNA, | |
| Defendants. | **(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, Defendant Comenity Capital Bank N.A. ("Comenity") and Plaintiff Marilea Ellis ("Plaintiff"), by and through their respective counsel, request that the Court grant their Joint Unopposed Motion to Extend the Time for Comenity to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, the parties stipulate as follows:

1. The Complaint was served on Comenity on March 14, 2023.

2. Comenity's current deadline to respond to the Complaint is April 4, 2023.

3. Comenity has diligently worked to find counsel and hired the law firm of Lipson Neilson P.C. on April 4, 2023. This extension is sought in good faith and will allow new counsel time to review the necessary documents and prepare a responsive pleading.

4. The parties met and conferred about the extension of time to respond to the Complaint and agreed that Comenity's deadline to respond to the Complaint may be extended to May 3, 2023.

5. There have been no prior extensions of Comenity's deadline to respond to the Complaint.

6. Accordingly, the parties respectfully and jointly request that the Court extend the deadline for Comenity to answer or otherwise respond to the Complaint to May 3, 2023.

DATED: April 4, 2023                    LIPSON NEILSON P.C.

                                        By: */s/ Janeen V. Isaacson*
                                            Joseph P. Garin
                                            Janeen V. Isaacson
                                            *Attorneys for Defendant*
                                            *Comenity Capital Bank N.A.*

DATED: April 4, 2023

FREEDOM LAW FIRM, LLC

By: /s/ *Gerardo Avalos (w/permission)*
Gerardo Avalos
8985 South Eastern Avenue, Suite 100
Las Vegas, NV 89123
*Attorney for Plaintiff Marilea Ellis*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
Dated: 4-6-2023

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of April, 2023, service of the foregoing **JOINT UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT COMENITY CAPITAL BANK N.A. TO RESPOND TO COMPLAINT (FIRST REQUEST)** was made upon each party in the case who is registered as an electronic case filing user pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| | |
|---|---|
| George Haines, Esq.<br>Gerardo Avalos, Esq.<br>FREEDOM LAW FIRM, LLC<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, NV 89123<br>info@freedomlegalteam.com<br><br>*Attorneys for Plaintiff Marilea Ellis* | Gia Marina, Esq.<br>CLARK HILL PLC<br>1700 South Pavilion Center Drive<br>Suite 500<br>Las Vegas, NV 89135<br>gmarina@clarkhill.com<br><br>*Attorneys for Equifax Information Services, LLC; Experian Information Solutions, Inc.; and National Consumer Telecom & Utilities Exchange, Inc.* |
| Brittni A. Tanenbaum, Esq.<br>LEWIS ROCA ROTHGERBER CHRISTIE<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>btanenbaum@lewisroca.com<br><br>*Attorneys for Synchrony Financial* | Loren S. Young, Esq.<br>LINCOLN, GUSTAFSON & CERCOS<br>7670 W. Lake Mead Blvd., Suite 200<br>Las Vegas, NV 89128<br>lyoung@lgclawoffice.com<br><br>*Attorneys for TD Bank USA, N.A.* |
| Madeleine Coles, Esq.<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Dr., Suite 900<br>Las Vegas, NV 89135<br>colesm@ballardspahr.com<br><br>*Attorneys for Citigroup Financial Products, Inc. dba Citibanks CBNA* | |

/s/ Michele Stones
An Employee of LIPSON NEILSON P.C.