GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Dr., Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARILEA ELLIS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; COMENITY CAPITAL BANK N.A.; PETAL CARD, INC.; SYNCHRONY FINANCIAL; FIRST PREMIER BANK DBA PREMIER BANKCARD, LLC; TORONTO-DOMINION BANK, USA, N.A. DBA TD BANK GROUP; And CITIGROUP FINANCIAL PRODUCTS, INC., DBA CITIBANKS CBNA,<br><br>Defendants. | Case No. 2:23-cv-00354-CDS-VCF<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from May 1, 2023 through and including **May 31, 2023**. The request was made by Equifax so that the parties may have additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good

faith and not intended to cause delay.

Respectfully submitted, this 27th day of April, 2023.

| CLARK HILL PLLC | **<u>No opposition</u>** |
|---|---|
| By: /s/Gia N. Marina <br> Gia N. Marina <br> Nevada Bar No. 15276 <br> 1700 South Pavilion Center Dr., Suite 500 <br> Las Vegas, Nevada 89135 <br> E-mail: gmarina@clarkhill.com <br> Telephone: (702) 862-8300 <br> Facsimile: (702) 778-9709 <br><br> *Attorney for Defendant Equifax Information Services LLC* | /s/Gerardo Avalos <br> George Haines, Esq. <br> Nevada Bar No. 9411 <br> Gerardo Avalos, Esq. <br> Nevada Bar No. 15171 <br> FREEDOM LAW GROUP <br> 8985 S. Eastern Ave., Suite 350 <br> Henderson, NV 89123 <br> Phone: (702) 880-5554 <br> Fax: (702) 385-5518 <br> Email: ghaines@freedomlegalteam.com <br> Email: gavalos@freedomlegalteam.com <br><br> *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 4-27-2023

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 27th day of April, 2023, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com