GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*National Consumer Telecom & Utilities Exchange, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARILEA ELLIS, | **Case No. 2:23-cv-00354-CDS-VCF** |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; COMENITY CAPITAL BANK N.A.; PETAL CARD, INC.; SYNCHRONY FINANCIAL; FIRST PREMIER BANK DBA PREMIER BANKCARD, LLC; TORONTO-DOMINION BANK, USA, N.A. DBA TD BANK GROUP and CITIGROUP FINANCIAL PRODUCTS, INC., DBA CITIBANKS CBNA, | **SECOND REQUEST** |
| Defendants. | |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from May 5, 2023 through and including **June 5, 2023**.  The request was made by NCTUE so that the parties can have additional time to engage in settlement negotiations, and Plaintiff approves.  This stipulation is filed

1  in good faith and not intended to cause delay.

2

3          Respectfully submitted, this 4th day of May, 2023.

4

5  CLARK HILL PLLC                              **_No opposition_**

6  By: /s/Gia N. Marina                          /s/George Haines
   Gia N. Marina                               George Haines, Esq.
7  Nevada Bar No. 15276                         Nevada Bar No. 9411
   1700 South Pavilion Center Drive, Suite 500  Gerardo Avalos, Esq.
8  Las Vegas, Nevada  89135                     Nevada Bar No. 15171
   Telephone:  (702) 862-8300                   FREEDOM LAW GROUP
9  Facsimile:  (702) 778-9709                   8985 S. Eastern Ave., Suite 350
   Email: gmarina@clarkhill.com                 Henderson, NV 89123
10 *Attorney for Defendant National Consumer*   Phone: (702) 880-5554
   *Telecom & Utilities Exchange, Inc.*         Fax: (702) 385-5518
11                                              Email: ghaines@freedomlegalteam.com
12                                              Email: gavalos@freedomlegalteam.com

13                                              *Attorneys for Plaintiff*

14

15 IT IS SO ORDERED:

16 _____

17 _____

18 United States Magistrate Judge
           5-4-2023
19 DATED: _____

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 4th day of May, 2023, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com