George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Marilea Ellis*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Marilea Ellis,<br><br>            Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Comenity Capital Bank N.A.; Petal Card, Inc.; Synchrony Financial; First Premier Bank and Premier Bankcard, LLC; TD Bank, USA, N.A.; and Citigroup Financial Products, Inc., aka Citibanks CBNA,<br><br>            Defendants. | Case No.: 2:23-cv-00354-CDS-VCF<br><br>**Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(b)** |

On April 20, 2023, Defendant Synchrony Financial appeared in this case. The Court set a deadline to file a proposed discovery plan and scheduling order by June 4, 2023. Accordingly, Marilea Ellis, Synchrony Financial, Comenity Capital Bank, TD Bank USA, N.A., Equifax Information Services, LLC, and National Consumer Telecom & Utilities Exchange, Inc., (collectively as the "Parties"), by and through their respective counsel, hereby submit this Joint Discovery Plan and Scheduling Order. The parties will require 180 days of discovery measured from the date that Synchrony Financial filed its answer to Plaintiff's complaint.

## DISCOVERY PLAN

The parties propose the following discovery plan and scheduling order:

1. Initial disclosures ………………...  June 15, 2023
2. Amend pleadings and add parties ..  July 3, 2023
3. Expert disclosures (initial): ………  August 18, 2023
4. Expert disclosures (rebuttal): …….  September 17, 2023
5. Discovery cutoff date: ……………  October 17, 2023
6. Dispositive motions: ……………..  November 16, 2023
7. Pretrial order …………………….. December 15, 2023

In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until **30 days after** decision on the dispositive motions or until further order of the court.

<u>Pretrial Disclosures</u>: The disclosures required by Rule 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

Extensions or Modifications of the Discovery Plan and Scheduling Order: Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

Protective Order: The parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents.

Electronic Service: The parties agree that pursuant to Rules 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be served by sending such documents by email.

Alternative Dispute Resolution Certification: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties have not reached any stipulations at this stage.

Alternative Forms of Case Disposition Certification: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties have not reached any stipulations at this stage.

Electronically Stored Information: The parties have discussed the retention and production of electronic data. The parties agree that service of discovery by electronic means, including sending original electronic files by email or on a cd is sufficient. The parties reserve the right to revisit this issue if a dispute or need arises.

Electronic evidence conference certification: The parties further intend to present evidence in electronic format to jurors for the purposes of jury deliberations at trial. The parties discussed the presentation of evidence for juror deliberations but did not reach any stipulations as to the method at this early stage.

Dated: June 2, 2023.

| | |
|---|---|
| **FREEDOM LAW FIRM** | **Lewis Roca Rothgerber Christie, LLP** |
| /s/ *Gerardo Avalos* | /s/ *Brittni Tanenbaum* . |
| Gerardo Avalos, Esq. | J. Christopher Jorgensen, Esq. |
| 8985 South Eastern Ave., Suite 100 | Brittni Tanenbaum, Esq. |
| Las Vegas, NV 89123 | 3993 Howard Hughes Parkway, Suite 600 |
| *Counsel for Plaintiff Marilea Ellis* | Las Vegas, Nevada 8969 |
| | *Counsel for Synchrony Financial* |
| **Lipson Neilson** | **Lincoln, Gustafson & Cercos, LLP** |
| /s/ *Joseph P. Garin* . | /s/ *Loren Young* . |
| Joseph P. Garin, Esq. | Loren Young, Esq. |
| Janeen V. Isaacson, Esq. | 7670 West Lake Mead Boulevard, Suite 200 |
| 9900 Covington Cross Drive, Suite 120 | Las Vegas, Nevada 89128 |
| Las Vegas, Nevada 89144 | *Counsel for TD Bank USA, N.A.* |
| *Counsel for Comenity Capital Bank, N.A.* | |

| | |
|---|---|
| **Clark Hill, PLLC** | **Barnes & Thornburg, LLP** |
| */s/ Gia N. Marina* | */s/ Brian Melendez* |
| Gia N. Marina, Esq. | Brian Melendez |
| 1700 South Pavilion Center Drive, | 255 South Sixth Street |
| Suite 500 | Suite 2800 |
| Las Vegas, Nevada 89135 | Minneapolis, MN 55402 |
| *Counsel for Equifax Information Services, LLC and National Consumer Telecom & Utilies Exchange, Inc.* | *Counsel for TD Bank USA, N.A.* |

## SCHEDULING ORDER

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: 6-5-2023