```
1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
5  8985 S. Eastern Ave., Suite 100
   Las Vegas, Nevada 89123
6  (702) 880-5554
7  (702) 385-5518 (fax)
8  Ghaines@freedomlegalteam.com
9  *Attorneys for Plaintiff Marilea Ellis*
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marilea Ellis,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Comenity Capital Bank N.A.; Petal Card, Inc.; Synchrony Financial; First Premier Bank; TD Bank USA, N.A.; and Citigroup Financial Products, Inc.,<br><br>　　　　　Defendants | Case No.: 2:23-cv-00354-CDS-VCF<br><br>**Order Granting Stipulation for Dismissal of TD Bank USA, N.A. with prejudice**<br><br>**[ECF No. 55]** |

STIPULATION　　　　　　　　　　- 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Marilea Ellis and TD Bank USA, N.A. stipulate to dismiss Plaintiff's claims against TD Bank USA, N.A. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 3, 2023.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**BARNES & THORNBURG, LLP**

/s/ *Brian Melendez*
Brian Melendez, Esq.
255 South Sixth Street Suite 2800
Minneapolis, MN 55402
*Counsel for TD Bank USA, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: August 4, 2023

STIPULATION                - 2 -