```
1   George Haines, Esq.
    Nevada Bar No.: 9411
2   Gerardo Avalos, Esq.
3   Nevada Bar No.: 15171
    **FREEDOM LAW FIRM**
4   8985 S. Eastern Ave., Suite 100
5   Las Vegas, Nevada 89123
    (702) 880-5554
6   (702) 385-5518 (fax)
7   Ghaines@freedomlegalteam.com
8   *Attorneys for Plaintiff Marilea Ellis*
```

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Marilea Ellis*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marilea Ellis,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Comenity Capital Bank N.A.; Petal Card, Inc.; Synchrony Financial; First Premier Bank dba Premier Bankcard, LLC; TD Bank USA, N.A.; and Citigroup Financial Products, Inc. dba Citibanks, CBNA,<br><br>　　　　Defendants | Case No.: 2:23-cv-00354-CDS-VCF<br><br>**Order Granting Amended Stipulation for Dismissal of Citigroup Financial Products, Inc. dba Citibanks, CBNA with prejudice**<br><br>**[ECF No. 56]** |

_____

STIPULATION　　　　　　　　　- 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Marilea Ellis and Citigroup Financial Products, Inc. dba Citibanks, CBNA stipulate to dismiss Plaintiff's claims against Citigroup Financial Products, Inc. dba Citibanks, CBNA with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 8, 2023.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Marilea Ellis*

**BALLARD SPAHR LLP**

/s/ Madeleine Coles
Joel E. Tasca, Esq.
Madeleine Coles, Esq.
Ballard Spahr, LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Counsel for Citigroup, Inc./Citicards CBNA*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:   August 9, 2023