George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Marilea Ellis*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Marilea Ellis,<br><br>       Plaintiff<br><br>  v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Comenity Capital Bank N.A.; Petal Card, Inc.; Synchrony Financial; First Premier Bank dbaPremier Bankcard, LLC; Toronto-Dominion Bank, USA, N.A. dba TD Bank Group; and Citigroup Financial Products, Inc., dba Citibanks CBNA,<br><br>      Defendants | Case No.: 2:23-cv-00354-CDS-VCF<br><br>**Stipulation of dismissal of Synchrony Financial with prejudice** |

---

STIPULATION                  - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Marilea Ellis and Synchrony Financial stipulate to dismiss Plaintiff's claims against Synchrony Financial with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 1, 2023.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**LEWIS ROCA ROTHGERBER CHRISTIE, LLP**

/s/ *Brittni Tanenbaum*
J. Christopher Jorgensen, Esq.
Brittni A. Tanenbaum, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada ~~8969~~ 89169
*Counsel for Synchrony Financial*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:   September 5, 2023