LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JANEEN V. ISAACSON, ESQ.
Nevada Bar No. 6429
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
jisaacson@lipsonneilson.com

*Attorneys for Defendant Comenity Capital Bank N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILEA ELLIS,<br><br>                Plaintiff<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; COMENITY CAPITAL BANK N.A.; PETAL CARD, INC.; SYNCHRONY FINANCIAL; FIRST PREMIER BANK dba PREMIER BANKCARD, LLC; TD BANK USA, N.A.; and CITIGROUP FINANCIAL PRODUCTS, INC. dba CITIBANKS CBNA,<br><br>                Defendants | Case No: 2:23-cv-00354-CDS-VCF<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF COMENITY CAPITAL BANK N.A.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff MARILEA ELLIS ("Plaintiff), by and through her counsel of record at Freedom Law Firm, and Defendant COMENITY CAPITAL BANK N.A., by and through its counsel of record at Lipson Neilson P.C., hereby stipulate to the dismissal of Plaintiff's claims against Comenity Capital Bank N.A. with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

1

IT IS SO STIPULATED.

2

| Dated this 11th day of September, 2023. | Dated this 11th day of September, 2023. |
|---|---|
| FREEDOM LAW FIRM | LIPSON NEILSON P.C. |
| | *[signature]* |
| */s/ Gerardo Avalos* | |
| GEORGE HAINES, ESQ. | |
| Nevada Bar No. 9411 | JOSEPH P. GARIN, ESQ. |
| GERARDO AVALOS, ESQ. | Nevada Bar No. 6653 |
| Nevada Bar No. 15171 | JANEEN V. ISAACSON, ESQ. |
| 8985 S. Eastern Ave., Suite 100 | Nevada Bar No. 6429 |
| Las Vegas, Nevada 89123 | 9900 Covington Cross Drive, Suite 120 |
| | Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Comenity Capital Bank N.A.* |

3

4

5

6

7

8

9

10

11

12

**ORDER**

13

IT IS SO ORDERED.

14

15

_____

16

UNITED STATES DISTRICT JUDGE
Dated: September 11, 2023

17

Submitted by:

18

LIPSON NEILSON P.C.

19

*[signature]*

20

_____

21

JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653

22

JANEEN V. ISAACSON, ESQ.
Nevada Bar No. 6429

23

9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

24

25

*Attorneys for Defendant Comenity Capital Bank N.A.*

26

27

28

**LIPSON NEILSON P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512