George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Marilea Ellis*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marilea Ellis,<br><br>Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Comenity Capital Bank N.A.; Petal Card, Inc.; Synchrony Financial; First Premier Bank dba Premier Bankcard, LLC; TD Bank USA, N.A. and Citigroup Financial Products, Inc. dba Citibanks, CBNA,<br><br>Defendants | Case No.: 2:23-cv-00354-CDS-MDC<br><br>**Stipulation of dismissal of Equifax Information Services, LLC with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Marilea Ellis and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

_____

STIPULATION             - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 12, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Marilea Ellis*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services, LLC*

Based on the parties' stipulation, defendant Equifax Information Services, LLC is dismissed with prejudice, with each party to bear its own costs and fees. IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 18, 2024

STIPULATION - 2 -