1  George Haines, Esq.
   Nevada Bar No.: 9411
2  Gerardo Avalos, Esq.
3  Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
   8985 S. Eastern Ave., Suite 100
5  Las Vegas, Nevada 89123
6  (702) 880-5554
   (702) 385-5518 (fax)
7  Ghaines@freedomlegalteam.com
8  *Attorneys for Plaintiff Marilea Ellis*

9

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

10

11

12  Marilea Ellis,                                    Case No.: 2:23-cv-00354-CDS-MDC

13              Plaintiff                       **Stipulation of dismissal of**
                                                **National Consumer Telecom &**
14       v.                                     **Utilities Exchange, Inc. with prejudice**

15   Equifax Information Services, LLC,
     Experian Information Solutions, Inc.,
16   National Consumer Telecom & Utilities
17   Exchange, Inc., Comenity Capital Bank
     N.A., Petal Card, Inc., Synchrony
18   Financial, First Premier Bank dba
     Premier Bankcard, LLC, TD Bank
19   USA, N.A., and Citigroup Financial
20   Products, Inc. dba Citibanks, CBNA,

21

22              Defendants

23

24

25        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Marilea Ellis

26  and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss

27  Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc.

STIPULATION                          - 1 -

1    with prejudice.

2         Each party will bear its own costs, disbursements, and attorney fees.

3         Dated: May 21, 2024.

4

5

6    **FREEDOM LAW FIRM**

7    /s/ *George Haines*

8    George Haines, Esq.

9    Gerardo Avalos, Esq.

     8985 S. Eastern Ave., Suite 100
10   Las Vegas, Nevada 89123

11   *Counsel for Plaintiff Marilea Ellis*

12
     **CLARK HILL PLLC**
13

14   /s/ *Gia N. Marina*
     Gia N. Marina, Esq.
15   1700 S. Pavilion Center Drive, Suite 500

16   Las Vegas, NV 89135
     *Counsel for National Consumer Telecom & Utilities Exchange, Inc.*
17

18
         Based on the parties' stipulation, this case is dismissed with prejudice, with each
19

20   party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this

21   case.

22

23   _____
     UNITED STATES DISTRICT JUDGE
24
     DATED:___May 23, 2024_____
25

26

27

_____
STIPULATION                    - 2 -